PEOPLE ex rel. REID v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick J. Reid, against Theodore A. Bingham, Commissioner. No opinion.

Motion denied. Order filed. See, also, 128 N. Y. Supp. 1140.